**Order entered October 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00927-CV

**PROPHET EQUITY LP AND ROSS GATLIN, Appellants**

**V.**

**TWIN CITY FIRE INSURANCE COMPANY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12313**

## ORDER

The Court requests that Appellants file, within ten days from the date of this Order, a response to Appellee's motion for en banc reconsideration not to exceed ten pages.

/s/     BILL WHITEHILL
         JUSTICE